# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andrea Swingler

                                  Plaintiff,

v.                                                         Case No.: 1:23–cv–08103
                                                                  Honorable Mary M. Rowland

Loreal USA, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to substitute Andrea Swingler's daughter, Angelina White, as successor in interest and personal representative for Plaintiff–decedent [10] is granted. Plaintiff is to file an amended complaint as a separate entry on the docket reflecting the substitution and amended claims. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.